IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TYRONE HARRIS                                                                    PLAINTIFF

v.                                  No. 6:16-06071

CITY OF HOT SPRINGS, ARKANSAS;
and OFFICER SHANE LEWIS, in his
individual and official capacities                                              DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's 42 U.S.C. § 1983 claims are DISMISSED WITH PREJUDICE and his Arkansas state law claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 27th day of June, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE